## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

**COURT OPERATIONS UNDER THE EXIGENT
CIRCUMSTANCES CREATED BY COVID-19**

### FOURTH GENERAL ORDER

This Fourth General Order is issued in response to the outbreak of Coronavirus Disease 2019 (COVID-19) and is intended to provide guidance to the public and the bar regarding the operations of the United States Bankruptcy Court for the District of Maine through and including July 31, 2020 (the "Covered Period").

The General Orders dated March 16, 2020, March 27, 2020 and May 4, 2020 are hereby vacated immediately and are replaced by this order, the Fourth General Order.

1. **Telephonic Hearings.**

    A. Unless otherwise ordered by the Court or as provided below, all hearings during the Covered Period will be telephonic.

    B. Parties intending to enter an appearance during a telephonic hearing are directed to register with CourtCall at 1-866-582-6878, no later than 3:00 p.m. the date prior to the hearing. Any member of the public wishing to observe a hearing must contact the Clerk's office for instructions on how to utilize a conference call service. During the Covered Period, the Court's prohibition on the use of cell phones for telephonic participation (whether through CourtCall or otherwise) is lifted.

    C. Notwithstanding any Local Rule or prescribed Local Form, unless otherwise ordered by the Court, any notice of a hearing scheduled to occur during the Covered Period must clarify that the hearing is telephonic and provide information that will allow interested parties to participate in the hearing telephonically. For example, to comply with this provision, a notice of hearing could provide as follows:

    > The United States Bankruptcy Court will conduct a TELEPHONIC hearing on [matter], a copy of which accompanies this notice, on: [date] at [time].

    > In-person appearances are generally not allowed at this time due to restrictions related to COVID-19. Those wishing to participate in the hearing are required to register with CourtCall at 1-866-582-6878, no later than 3:00 p.m. the date prior to the hearing.

2. **Other hearings.**

The Court may permit certain hearings, including but not limited to contested evidentiary hearings or trials where witnesses testify, to occur in a courtroom or via videoconference solution (such as Zoom).  In the event of a hearing or trial occurring in a courtroom, the Rules and Procedures Governing In-Person Proceedings, posted on the Court's website under COVID-19 Information, will apply.  In the event of a hearing via electronic means, the Court will issue an order governing the proceeding prior to the hearing.

3. **Access to the Clerk's Office.**

   A. During the Covered Period, the Clerk's office intake window will be closed to the public for in-person filings. While the intake window is closed, Clerk's office staff will be working during regular business hours and will be available to assist the public by email and telephone. The Portland office can be reached at (207) 780-3482, and the Bangor office can be reached at (207) 945-0348. Staff can also be reached by email at the addresses found on the Court's website (www.meb.uscourts.gov).

   B. During the Covered Period, the Clerk's office will continue to process mail and accept documents filed electronically through the CM/ECF system.

   C. Self-represented parties without access to CM/ECF wishing to file documents should first call the appropriate Clerk's office location: Portland (207) 780-3482 and Bangor (207) 945-0348. Clerk's office personnel will determine the best way for documents to be delivered for filing. Any document filed under a method permitted by the Clerk's office will be promptly entered on the docket in the applicable case or proceeding. However, any document filed under this paragraph after 4:00 p.m. on any business day may be docketed and deemed filed the following business day.

   C. While the Clerk's office intake window is closed to the public, self-represented parties must make payments due to the Clerk's office by mail. **Do not send cash.** Please use postal money orders or a cashier's check made out to: "Clerk, U.S. Bankruptcy Court".

Please mail your payment to the appropriate Clerk's office location:

**Bangor:**
U.S. Bankruptcy Court District of Maine
202 Harlow Street, 3rd Floor Bangor, ME 04401

**Portland:**
U.S. Bankruptcy Court District of Maine
537 Congress Street, 2nd Floor Portland, ME 04101

SO ORDERED.

Date: June 22, 2020

/s/ Peter G. Cary                    /s/ Michael A. Fagone
Peter G. Cary, Chief Judge           Michael A. Fagone, Judge
United States Bankruptcy Court       United States Bankruptcy Court