UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

DONALD BOLSTRIDGE,

Debtor(s)

Chapter 13

Case No. 20-20279

**ORDER ON DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY**

After notice and hearing on Debtor's Motion for Expedited Hearing, It is Hereby

ORDERED as follows:

The automatic stay shall remain in effect pending further order of this Court, except as to the in rem rights of Harley Davidson Credit Corp. against a certain Harley Davidson motorcycle, VIN #1HD1PXL15KB959123.

Dated:  August 3    , 2020

/s/ Peter G. Cary
Honorable Peter G. Cary
Chief Judge, United States Bankruptcy
District of Maine