# Proceeding Minutes / Proceeding Memo

**Case #:** 20-20279     **Case Name:** Donald Bolstridge

**Set:** 02/03/2021 09:00 am    **Chapter:** 13    **Type:** bk    **Judge** Peter G Cary

**matter** Doc# 10 - CNT'D HRG - CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

---

Minute Entry re: (related document(s): [10] Chapter 13 Plan filed by Donald Bolstridge) Appearances: Kevin J. Crosman Esq., Andrew M. Dudley, J Scott Logan, F. Bruce Sleeper Esq. Hearing scheduled for 04/28/2021 at 09:00 AM at Telephonically. (MEP)